B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Carter, Scott Allan** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Carter, Michelle Lee** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8454** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8586** |
| Street Address of Debtor (No. and Street, City, and State):<br>**697 Anderson Drive**<br>**Lake In The Hills, IL**<br><br>ZIP Code **60156-5220** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**697 Anderson Drive**<br>**Lake In The Hills, IL**<br><br>ZIP Code **60156-5220** |
| County of Residence or of the Principal Place of Business:<br>**Mchenry** | County of Residence or of the Principal Place of Business:<br>**Mchenry** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box)<br><br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 | ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
|---|---|---|---|

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts,     ■ Debts are primarily
defined in 11 U.S.C. § 101(8) as            business debts.
"incurred by an individual primarily for
a personal, family, or household purpose."

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
attach signed application for the court's consideration certifying that the debtor
is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed
to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more
classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Carter, Scott Allan**<br>**Carter, Michelle Lee** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                          Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Carter, Scott Allan**<br>**Carter, Michelle Lee** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Scott Allan Carter**

Signature of Debtor  **Scott Allan Carter**

**X /s/ Michelle Lee Carter**

Signature of Joint Debtor **Michelle Lee Carter**

Telephone Number (If not represented by attorney)

**August 21, 2009**

Date

### Signature of Attorney*

**X /s/ David R. Brown**

Signature of Attorney for Debtor(s)

**David R. Brown 3122323**

Printed Name of Attorney for Debtor(s)

**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**

Firm Name

**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**

Address

**630-510-0000  Fax: 630-510-0004**

Telephone Number

**August 21, 2009**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**

Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Scott Allan Carter**
      **Michelle Lee Carter**                    Case No.   _____

                           Debtor(s)         Chapter    **7**   _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Scott Allan Carter**
**Scott Allan Carter**
Date:   **August 21, 2009**

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Scott Allan Carter**
      **Michelle Lee Carter**                                     Case No. _____
                                        Debtor(s)         Chapter    **7** _____

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

   ☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
   ☐ Active military duty in a military combat zone.

   ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Michelle Lee Carter**
                          **Michelle Lee Carter**
Date:  **August 21, 2009**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Scott Allan Carter,**
          **Michelle Lee Carter**

Case No. _____

                                      Debtors

Chapter                **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 190,500.00 | | |
| B - Personal Property | Yes | 4 | 59,789.05 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 267,056.28 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 23 | | 1,307,039.92 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 9 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,746.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 4,914.15 |
| Total Number of Sheets of ALL Schedules | | 44 | | | |
| Total Assets | | | 250,289.05 | | |
| Total Liabilities | | | | 1,574,096.20 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Scott Allan Carter,**
       **Michelle Lee Carter**

                         Debtors

Case No. _____

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

.

In re    **Scott Allan Carter,**                                              Case No. _____
         **Michelle Lee Carter**
                                                                    ,
                                    Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **697 Anderson Drive, Lake in the Hills, IL 60156-5220** | **Joint tenancy** | **J** | **190,500.00** | **226,000.00** |

| | | Sub-Total > | **190,500.00** | (Total of this page) |
|---|---|---|---|---|
| | | Total > | **190,500.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **Scott Allan Carter,**
       **Michelle Lee Carter**
                                                    ,
                        Debtors

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash from back pay, already taxed** | J | 5,000.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account xxx161 Castle Bank 141 W. Lincoln Hwy. DeKalb, IL 60115** | J | 310.00 |
| | | **Savings account xxxx9549 Castle Bank 141 W. Lincoln Hwy. DeKalb, IL 60115** | J | 158.97 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods** | J | 3,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Babe Ruth picture, Disney stuff** | - | 500.00 |
| 6. Wearing apparel. | | **Ordinary Clothing** | - | 1,100.00 |
| 7. Furs and jewelry. | | **Diamond Ring** | - | 2,500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **357 Magnum-Firearm** | - | 250.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Michelle Carter has a term life policy through Gary W. Robinette Ins. with a death benefit of $500,000 and no cash value. Policy No. is 008918080. Scott Carter is primary beneficiary.** | J | 0.00 |

|  | Sub-Total > | **12,818.97** |
|---|---|---|
|  | (Total of this page) | |

  __3__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re **Scott Allan Carter,**
**Michelle Lee Carter**

Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Scott Carter has a term life insurance policy, no. 006412089 w/ Gary W. Robinette Ins. Agency providing for a death benefit of $350,000 (no cash value) and a second term policy providing for a death benefit of $650,000 with the same agency (also no cash value). Michelle Carter is primary beneficiary. | H | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | CB&T CUST IRA account no. xxxx2991 w/ American Funds. | - | 2,020.08 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 49% of stock in National Concrete | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >     2,020.08
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Scott Allan Carter,**
    **Michelle Lee Carter**

Case No. _____

_____,
               Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Pontiac G6 GT CONV Sedan** | - | **15,500.00** |
| | | **2009 Nissan Murano SL AW** | - | **24,325.00** |
| | | **2006 Chevy Cobalt** | - | **5,125.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **2 dogs** | - | **0.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >    **44,950.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Scott Allan Carter,**                                              Case No. _____
         **Michelle Lee Carter**
                                                                    ,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __3__ of __3__ continuation sheets attached                   Total >      **59,789.05**
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re   **Scott Allan Carter,**                                        Case No. _____
         **Michelle Lee Carter**

_____,
                        Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                $136,875.
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **697 Anderson Drive, Lake in the Hills, IL 60156-5220** | **735 ILCS 5/12-901** | **30,000.00** | **190,500.00** |
| **Cash on Hand** | | | |
| **Cash from back pay, already taxed** | **735 ILCS 5/12-1001(b)** | **5,000.00** | **5,000.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking Account xxx161** | **735 ILCS 5/12-1001(b)** | **310.00** | **310.00** |
| **Castle Bank** | | | |
| **141 W. Lincoln Hwy.** | | | |
| **DeKalb, IL 60115** | | | |
| **Savings account xxxx9549** | **735 ILCS 5/12-1001(b)** | **158.97** | **158.97** |
| **Castle Bank** | | | |
| **141 W. Lincoln Hwy.** | | | |
| **DeKalb, IL 60115** | | | |
| **Household Goods and Furnishings** | | | |
| **Household Goods** | **735 ILCS 5/12-1001(b)** | **2,531.03** | **3,000.00** |
| **Wearing Apparel** | | | |
| **Ordinary Clothing** | **735 ILCS 5/12-1001(a)** | **100%** | **1,100.00** |
| **Interests in Insurance Policies** | | | |
| **Michelle Carter has a term life policy through Gary W. Robinette Ins. with a death benefit of $500,000 and no cash value. Policy No. is 008918080. Scott Carter is primary beneficiary.** | **215 ILCS 5/238** | **100%** | **0.00** |
| **Scott Carter has a term life insurance policy, no. 006412089 w/ Gary W. Robinette Ins. Agency providing for a death benefit of $350,000 (no cash value) and a second term policy providing for a death benefit of $650,000 with the same agency (also no cash value). Michelle Carter is primary beneficiary.** | **215 ILCS 5/238** | **100%** | **0.00** |

|  | Total: | **39,100.00** | **200,068.97** |

 **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Scott Allan Carter,**
**Michelle Lee Carter**

Case No. _____

Debtors ,

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **0011094527**<br><br>Amcore Bank<br>P.O. Box 358<br>Beloit, WI 53512-0358 | | - | Automobile loan<br><br>2006 Chevy Cobalt<br><br>Value $ 5,125.00 | | | | 8,380.04 | 3,255.04 |
| Account No. **6136938336**<br><br>Bank of America - Mortgage<br>P.O. Box 533512<br>Atlanta, GA 30353-3512 | | - | 10/2007<br><br>First Mortgage<br><br>697 Anderson Drive, Lake in the Hills, IL 60156-5220<br><br>Value $ 190,500.00 | | | | 202,000.00 | 11,500.00 |
| Account No. **6774360041**<br><br>Bank of America - Mortgage<br>P.O. Box 533512<br>Atlanta, GA 30353-3512 | | - | 10/2007<br><br>Second Mortgage<br><br>697 Anderson Drive, Lake in the Hills, IL 60156-5220<br><br>Value $ 190,500.00 | | | | 24,000.00 | 24,000.00 |
| Account No. **154-9106-44843**<br><br>GMAC<br>Payment Processing Center<br>P.O. Box 9001951<br>Louisville, KY 40290-1951 | | H | Automobile lease<br><br>2007 Pontiac G6 GT CONV Sedan<br><br>Value $ 15,500.00 | | | | 19,285.92 | 3,785.92 |

___1___ continuation sheets attached

Subtotal
(Total of this page)

| 253,665.96 | 42,540.96 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Scott Allan Carter,**
     **Michelle Lee Carter**
                                    ,        Case No. _____
                            Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | | |
| Account No. **2500 6100 931** | | | | **Automobile lease** | | | | | |
| **Nissan Motor Acceptance Corporation** P.O. Box 9001133 Louisville, KY 40290-1133 | - | | | **2009 Nissan Murano SL AW** | | | | | |
| | | | | Value $        **24,325.00** | | | | **13,390.32** | **0.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                                Subtotal **13,390.32**    **0.00**
               (Total of this page)

                                  Total **267,056.28**  **42,540.96**
       (Report on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re  **Scott Allan Carter,**                                                                          Case No. _____
        **Michelle Lee Carter**
                                                                                                        ,
_____
                                Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

　　　A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

　　　The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

　　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

　　　Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

　　　Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

　　　Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

　　Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

　　Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

　　Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

　　Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

　　Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

　　Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

　　Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

　　Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

　　Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                                                **0**          continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **Scott Allan Carter,**                                                    Case No. _____
       **Michelle Lee Carter**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | National Concrete Debt | | | | |
| **ADMIRAL STEEL LLC 4152 W 123RD ST ALSIP, IL 60803** | X | H | | X | | X | 0.00 |
| Account No. | | | National Concrete Debt | | | | |
| **ADVANTA BANK CORP.CREDIT CARD PO BOX 8088 PHILADELPHIA, PA 19101-8088** | X | H | | X | | X | 4,525.49 |
| Account No. | | | National Concrete Debt | | | | |
| **ALLIANCE INDUSTRIAL SERVICES, LLC. 570 ROCK ROAD DR., UNIT N EAST DUNDEE, IL 60118** | X | H | | X | | X | 215.00 |
| Account No. **2006** | | | National Concrete Debt | | | | |
| **AMERICAN EXPRESS PO BOX 0001 LOS ANGELES, CA 90096-8000** | X | H | | X | | X | 5,980.00 |

__22__  continuation sheets attached

Subtotal
(Total of this page)          **10,720.49**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:33434-090811    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Scott Allan Carter,**
         **Michelle Lee Carter**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4600** | | | National Concrete Debt | | | | |
| **AMERICAN EXPRESS** **PO BOX 0001** **LOS ANGELES, CA 90096-8000** | X | H | | X | | X | 3,950.63 |
| Account No. **41001** | | | National Concrete Debt | | | | |
| **AMERICAN EXPRESS** **PO BOX 0001** **LOS ANGELES, CA 90096-8000** | X | H | | X | | X | 30,788.20 |
| Account No. **1007** | | | National Concrete Debt | | | | |
| **AMERICAN EXPRESS** **TRUE EARNINGS COSTCO CARD** **PO BOX 0001** **LOS ANGELES, CA 90096-8000** | X | H | | X | | X | 1,403.87 |
| Account No. | | | National Concrete Debt | | | | |
| **B&D IRONWORKS** **24448 SAINT ANNES CT.** **NAPERVILLE, IL 60564** | X | H | | X | | X | 0.00 |
| Account No. **xxxxxxx9821** | | | 7/6/09 Purchases on account | | | | |
| **Bank of America** **P.O. Box 15019** **Wilmington, DE 19886-5019** | | H | | | | | 27,706.75 |

Sheet no. __1__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| |
|---|
| **63,849.45** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Scott Allan Carter,**
       **Michelle Lee Carter**

Case No. _____

_____,
                                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **8137** | | | | National Concrete Debt | | | | |
| **BANK OF AMERICA CREDIT CARD** **P.O. BOX 15710** **WILMINGTON, DE 19886-5710** | X | H | | | X | | X | 5,112.47 |
| Account No. | | | | National Concrete Debt | | | | |
| **BLUFF CITY MATERIALS** **2252 SOUTHWIND BLVD** **BARTLETT, IL 60103** | X | H | | | X | | X | 0.00 |
| Account No. | | | | National Concrete Debt | | | | |
| **BOUGHTON TRUCKING &** **MATERIALS, INC** **11746 S NAPERVILLE-PLAINFIELD RD** **PLAINFIELD, IL 60585** | X | H | | | X | | X | 0.00 |
| Account No. | | | | National Concrete Debt | | | | |
| **BRACING SYSTEMS NORTH** **PO BOX 517** **BLOOMINGDALE, IL 60108** | X | H | | | X | | X | 0.00 |
| Account No. **6255** | | | | National Concrete Debt | | | | |
| **CAPITOL ONE BANK** **PO BOX 6492** **CAROL STREAM, IL 60197-6492** | X | H | | | X | | X | 12,252.67 |

Sheet no. __2___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,365.14

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Scott Allan Carter,**
       **Michelle Lee Carter**
                                                                Case No. _____

_____ ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | National Concrete Debt | | | | |
| CARDUNAL OFFICE SUPPLY PO BOX 1887 CRYSTAL LAKE, IL 60039 | X | H | | X | | X | 894.69 |
| Account No. | | | National Concrete Debt | | | | |
| CARPENTER'S PENSION & RETIREMENT SVGS FD PO BOX 4001 GENEVA, IL 60134-4001 | X | H | | X | | X | 1,646.11 |
| Account No. | | | National Concrete Debt | | | | |
| CARROLL DISTRIBUTING & CONSTRUCITON SUPPLY, INC 1031 W. LAKE ST AURORA, IL 60506 | X | H | | X | | X | 0.00 |
| Account No. | | | National Concrete Debt | | | | |
| CASSIDY CONVEYOR, INC PO BOX 1166 HUNTLEY, IL 60142 | X | H | | X | | X | 0.00 |
| Account No. 7104 | | | National Concrete Debt | | | | |
| CASTLE BANK FIRST BANK VISA PO BOX 2557 OMAHA, NE 68103-2557 | X | H | | X | | X | 7,545.78 |

Sheet no. __3___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,086.58

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Scott Allan Carter,**
       **Michelle Lee Carter**
_____,
                              Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **8016** <br><br> **CASTLE BANK FIRST BANK VISA** <br> **PO BOX 2557** <br> **OMAHA, NE 68103-2557** | X | H | | | National Concrete Debt | X | | X | 6,105.60 |
| Account No. <br><br> **CEMENT MASONS UNION** <br> **LOCAL 502** <br> **1842 PAYSPHERE CIRCLE** <br> **CHICAGO, IL 60674** | X | H | | | National Concrete Debt | X | | X | 7,622.84 |
| Account No. <br><br> **CENTRAL ILLINOIS CONVEYING, INC.** <br> **PO BOX 652** <br> **MORRIS, IL 60450** | X | H | | | National Concrete Debt | X | | X | 5,020.20 |
| Account No. **xxxx-xxxx-xxxx-0019** <br><br> **Chase - Best Buy** <br> **Cardmember Service** <br> **P.O. Box 15325** <br> **Wilmington, DE 19886-5325** | | | J | | Purchases on account | | | | 4,190.87 |
| Account No. **xxxx-xxxx-xxxx-5185** <br><br> **Chase - Disney Rewards** <br> **Cardmember Service** <br> **P.O. Box 15153** <br> **Wilmington, DE 19886-5153** | | H | | | 7/4/09 <br> Purchases on account | | | | 11,335.40 |

Sheet no. __4___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

34,274.91

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Scott Allan Carter,**
      **Michelle Lee Carter**
                                             **Debtors**
                                           Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | National Concrete Debt | | | | |
| **CHICAGO REGIONAL (181 & 250) COUNCIL OF CARPENTERS PO BOX 94432 CHICAGO, IL 60690** | X | H | | | X | | X | |
| | | | | | | | | **4,470.00** |
| Account No. | | | | National Concrete Debt | | | | |
| **CHICAGO REGIONAL (363 & 181) COUNCIL OF CARPENTERS PO BOX 94432 CHICAGO, IL 60690** | X | H | | | X | | X | |
| | | | | | | | | **546.51** |
| Account No. | | | | National Concrete Debt | | | | |
| **CHICAGO REGIONAL (363) COUNCIL OF CARPENTERS PO BOX 94432 CHICAGO, IL 60690** | X | H | | | X | | X | |
| | | | | | | | | **1,849.43** |
| Account No. **xxxx-xxxx-xxxx-6007** | | | | Purchases on account | | | | |
| **CITI Cards Processing Center Des Moines, IA 50363** | | W | | | | | | |
| | | | | | | | | **13,097.60** |
| Account No. | | | | National Concrete Debt | | | | |
| **CITI CARDS PROCESSING CENTER DES MOINES, IA 50363** | X | H | | | X | | X | |
| | | | | | | | | **0.00** |

Sheet no. __5___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **19,963.54** | |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Scott Allan Carter,**
        **Michelle Lee Carter**
                                                                          Case No. _____

_____ ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **413**<br><br>**CITI CARDS**<br>**Account ending in 0413**<br>**PO BOX 689197**<br>**DES MOINES, IA** | X | H | **National Concrete Debt** | X | | X | 3,916.59 |
| Account No. **xxxx2482**<br><br>**CITI CARDS**<br>**PO BOX 689197**<br>**DES MOINES, IA 50368-9197** | X | H | **National Concrete Debt** | X | | X | 6,162.90 |
| Account No.<br><br>**CNA SURETY**<br>**8137**<br>**INNOVATION WAY**<br>**CHICAGO, IL 60682-0081** | X | H | **National Concrete Debt** | X | | X | **Unknown** |
| Account No.<br><br>**CNH CAPITAL AMERICA, LLC**<br>**PO BOX 7247-0170**<br>**PHILADELPHIA, PA 19170-0170** | X | H | **National Concrete Debt** | X | | X | 7,958.40 |
| Account No.<br><br>**CNH CAPITAL AMERICA, LLC**<br>**PO BOX 7247-0170**<br>**PHILADELPHIA, PA 19170-0170** | X | H | **National Concrete Debt** | X | | X | 8,942.49 |

Sheet no. __**6**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,980.38

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Scott Allan Carter,**                                           Case No. _____
       **Michelle Lee Carter**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | National Concrete Debt | | | | |
| **CNH CAPITAL AMERICA, LLC PO BOX 7247-0170 PHILADELPHIA, PA 19170-0170** | X | H | | | X | | X | 10,143.00 |
| Account No. | | | | National Concrete Debt | | | | |
| **CNH CAPITAL AMERICA, LLC PO BOX 7247-0170 PHILADELPHIA, PA 19170-0170** | X | H | | | X | | X | 11,157.30 |
| Account No. | | | | National Concrete Debt | | | | |
| **CONCRETE CONTRACTORS ASSOC. 616 ENTERPRISE DR, STE 202 OAK BROOK, IL 60523** | X | H | | | X | | X | 50,000.00 |
| Account No. | | | | National Concrete Debt | | | | |
| **CONSTRUCTION & GENERAL LABORERS' DIST. COUNCIL OF CHICAGO & VICINITY 999 MCCLINTOCK DR., ST 300 BURR RIDGE, IL 60527** | X | H | | | X | | X | 543.62 |
| Account No. | | | | National Concrete Debt | | | | |
| **DINATALE CONSTRUCTION INC. 1441 BERNARD DR. ADDISON, IL 60101** | X | H | | | X | | X | 33,337.85 |

Sheet no. __7__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    105,181.77

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Scott Allan Carter,**
    **Michelle Lee Carter**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | National Concrete Debt | | | | |
| **DUPAGE COUNTY CEMENT MASONS FRINGE BENEFIT FUNDS LOCAL 803** | X | H | | X | | X | 5,889.52 |
| Account No. | | | National Concrete Debt | | | | |
| **EARTH INC 810 ARLINGTON HEIGHTS RD SUITE #1 ITASCA, IL 60143** | X | H | | X | | X | 0.00 |
| Account No. | | | National Concrete Debt | | | | |
| **EMALFARB, SWAN AND BAIN 440 CENTRAL AVENUE HIGHLAND PARK, IL 60035** | X | H | | X | | X | 0.00 |
| Account No. | | | National Concrete Debt | | | | |
| **EXCEL WATERPROOFING 6662 W 99TH ST CHICAGO RIDGE, IL 60415** | X | H | | X | | X | 0.00 |
| Account No. | | | National Concrete Debt | | | | |
| **FORMING AMERICA LTD 2N270 PRINCE CROSSING RD WEST CHICAGO, IL 60185** | X | H | | X | | X | 0.00 |

Sheet no. __8___ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,889.52

B6F (Official Form 6F) (12/07) - Cont.

In re  **Scott Allan Carter,**                                    Case No. _____
       **Michelle Lee Carter**

_____ ,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **FOX EXCAVATING, INC.** <br> **1305 S. RIVER STREET** <br> **BATAVIA, IL 60510-9648** | X | H | National Concrete Debt | X | | X | 13,657.50 |
| Account No. <br><br> **FOX VALLEY & VICINITY CONSTRUCTION WORKERS WELFARE & PENSION FUND** <br> **75 REMITTANCE DR., STE 3163** <br> **CHICAGO, IL 60675-3163** | X | H | National Concrete Debt | X | | X | 8,753.45 |
| Account No. <br><br> **GATWOOD CRANE SERVICE, INC** <br> **2345 E. HAMILTON ROAD** <br> **ARLINGTON HEIGTS, IL 60005** | X | H | National Concrete Debt | X | | X | 0.00 |
| Account No. **24909935280** <br><br> **GMAC** <br> **PO BOX 9001948** <br> **LOUISVILLE, KY 40290-1948** | X | H | National Concrete Debt | X | | X | 5,745.33 |
| Account No. **24909949784** <br><br> **GMAC** <br> **PO BOX 9001948** <br> **LOUISVILLE, KY 40290-1948** | X | H | National Concrete Debt | X | | X | 7,833.24 |

Sheet no. __9___ of __22__ sheets attached to Schedule of                          Subtotal            | 35,989.52
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Scott Allan Carter,**
    **Michelle Lee Carter**

Case No. _____

                                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **24910280520** | | | | | **National Concrete Debt** | | | | |
| **GMAC** **PO BOX 9001948** **LOUISVILLE, KY 40290-1948** | X | H | | | | X | | X | 6,383.70 |
| Account No. **24911615071** | | | | | **National Concrete Debt** | | | | |
| **GMAC** **PO BOX 9001948** **LOUISVILLE, KY 40290-1948** | X | H | | | | X | | X | 8,125.00 |
| Account No. **24911632152** | | | | | **National Concrete Debt** | | | | |
| **GMAC** **PO BOX 9001948** **LOUISVILLE, KY 40290-1948** | X | H | | | | X | | X | 9,072.54 |
| Account No. | | | | | **National Concrete Debt** | | | | |
| **GMAC** **PO BOX 9001948** **LOUISVILLE, KY 40290-1948** | X | H | | | | X | | X | 6,673.28 |
| Account No. | | | | | **National Concrete Debt** | | | | |
| **GRUNDY REDI-MIX COMPANY** **PO BOX 652** **MORRIS, IL 60450** | X | H | | | | X | | X | 23,942.25 |

Sheet no. \_**10**\_ of \_**22**\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

54,196.77

B6F (Official Form 6F) (12/07) - Cont.

In re **Scott Allan Carter,**
　　 **Michelle Lee Carter**
_____ ,
Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2569** <br><br> **HARRIS  NA** <br> **FIA CARD SERVICES** <br> **PO BOX 15019** <br> **WILMINGTON, DE 19886-5019** | X | H | National Concrete Debt | X | | X | 15,375.92 |
| Account No. <br><br> **HIGHWAY TECHNOLOGIES** <br> **880 N. ADDISON RD** <br> **VILLA PARK, IL 60181** | X | H | National Concrete Debt | X | | X | 234.16 |
| Account No. **1064** <br><br> **HOME DEPOT** <br> **CREDIT SERVICES** <br> **PROCESSING CENTER** <br> **DES MOINES, IA 50364-0500** | X | H | National Concrete Debt | X | | X | 10,760.13 |
| Account No. **5450** <br><br> **HOME DEPOT** <br> **CREDIT SERVICES** <br> **PO BOX 6925** <br> **THE LAKES, NV 88901-6925** | X | H | National Concrete Debt | X | | X | 23,365.07 |
| Account No. <br><br> **HOME STATE BANK** <br> **LINE OF CREDIT LOAN** <br> **40 GRANT ST.** <br> **CRYSTAL LAKE, IL 60039-1738** | X | H | National Concrete Debt | X | | X | 575,000.00 |

Sheet no. __**11**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

624,735.28

B6F (Official Form 6F) (12/07) - Cont.

In re  **Scott Allan Carter,**
       **Michelle Lee Carter**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | National Concrete Debt | | | | |
| **HOME STATE BANK FORM LOAN**<br>**40 GRANT ST.**<br>**PO BOX 1738**<br>**CRYSTAL LAKE, IL 60039-1738** | X | H | | | X | | X | 17,726.88 |
| Account No. | | | | National Concrete Debt | | | | |
| **ILLINOIS CONVEYOR ENTERPRISES**<br>**21 W 171 HILL AVENUE**<br>**GLEN ELLYN, IL 60137** | X | H | | | X | | X | 0.00 |
| Account No. | | | | National Concrete Debt | | | | |
| **Illinois Dept Employment Security**<br>**Chicago Region - Revenue**<br>**527 S. Wells Street, Suite 100**<br>**Chicago, IL 60607** | X | H | | | X | | X | 1,908.24 |
| Account No. | | | | National Concrete Debt | | | | |
| **INDUSTRIAL STEEL**<br>**SERVICE CENTER, INC**<br>**1700 W CORTLAND COURT**<br>**ADDISON, IL 60101** | X | H | | | X | | X | 0.00 |
| Account No. | | | | National Concrete Debt | | | | |
| **INTERNATIONAL FIDELITY INS. CO.**<br>**1 NEWARK CENTER**<br>**20TH FLOOR**<br>**NEWARK, NJ 07102-5207** | X | H | | | X | | X | 25,000.00 |

Sheet no. __12__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal<br>(Total of this page) | 44,635.12 |
|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Scott Allan Carter,**
   **Michelle Lee Carter**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | National Concrete Debt | | | | |
| IRONWORKERS 393 POST OFFICE DRAWER M LANSING, IL 60438 | X | H | | | X | | X | 179.65 |
| Account No. | | | | National Concrete Debt | | | | |
| KAMMES TRUCK REPAIR 501 W. ARMY TRAIL RD. BLOOMINGDALE, IL 60108 | X | H | | | X | | X | 0.00 |
| Account No. | | | | National Concrete Debt | | | | |
| KENDALL COUNTY CONCRETE, INC. 695 ROUTE 34 AURORA, IL 60503 | X | H | | | X | | X | 23,633.90 |
| Account No. | | | | National Concrete Debt | | | | |
| KENDALL COUNTY CONVEYOR SERVICE 695 ROUTE 34 AURORA, IL 50504 | X | H | | | X | | X | 0.00 |
| Account No. | | | | National Concrete Debt | | | | |
| KEY EQUIPMENT FINANCE 600 TRAVIS SUITE 1300 HOUSTON, TX 77002 | X | H | | | X | | X | 0.00 |

Sheet no. __13__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,813.55

B6F (Official Form 6F) (12/07) - Cont.

In re **Scott Allan Carter,**
**Michelle Lee Carter**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | National Concrete Debt | | | | |
| KRW INSURANCE 338 MEMORIAL DRIVE CRYSTAL LAKE, IL 60014 | X | H | | | X | | X | 0.00 |
| Account No. | | | | National Concrete Debt | | | | |
| LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO VICINITY 11465 CERMAK RD. WESTCHESTER, IL 60154 | X | H | | | X | | X | 9,917.03 |
| Account No. | | | | National Concrete Debt | | | | |
| LAMBERTI CONCRETE COMPANY, INC. 155 INDUSTRIAL DR. GILBERTS, IL 60136 | X | H | | | X | | X | 0.00 |
| Account No. | | | | National Concrete Debt | | | | |
| LITGEN CONCRETE CUTTING, 1020 NERGE ROAD, ELK GROVE VILLAGE, IL 60007 | X | H | | | X | | X | 0.00 |
| Account No. **6030** | | | | National Concrete Debt | | | | |
| MARRIOTT REWARDS CARDMEMBER SERVICE PO BOX 15153 WILMINGTON, DE 19886-5153 | X | H | | | X | | X | 4,823.53 |

Sheet no. __14__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,740.56

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Scott Allan Carter,**
       **Michelle Lee Carter**
                                                                Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9589** | | | National Concrete Debt | | | | |
| MARRIOTT REWARDS LSI PO BOX 15153 WILMINGTON, DE 19886-5153 | X | H | | X | | X | 6,807.78 |
| Account No. | | | National Concrete Debt | | | | |
| MATERIAL SERVICE CORP, A HANSON CO, 181 W. MADISON ST CHICAGO, IL 60602-4693 | X | H | | X | | X | 0.00 |
| Account No. | | | National Concrete Debt | | | | |
| MCA 20284 N. RAND ROAD PALATINE, IL 60074 | X | H | | X | | X | 123.87 |
| Account No. | | | National Concrete Debt | | | | |
| McCANN INDUSTRIES, INC. 38951 EAGLE WAY CHICAGO, IL 60678-1389 | X | H | | X | | X | 200.99 |
| Account No. | | | National Concrete Debt | | | | |
| MEYER MATERIAL PO BOX 511 MC HENRY, IL 60051-0511 | X | H | | X | | X | 0.00 |

Sheet no. __15__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **7,132.64**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Scott Allan Carter,**   Case No. _____
   **Michelle Lee Carter**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | National Concrete Debt | | | | |
| **MICHELE RENDINA 1851 SUNCAST LANE BATAVIA, IL 60510** | X | H | | | X | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | National Concrete Debt | | | | |
| **MIDWEST DIVISION VULCAN MATERIALS COMPANY 747 E 22ND ST STE 200 LOMBARD, IL 60148** | X | H | | | X | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | National Concrete Debt | | | | |
| **NAPERVILLE READY MIX 1805 HIGH GROVE LANE NAPERVILLE, IL 60540-3931** | X | H | | | X | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Notice Purposes Only | | | | |
| **NATIONAL CONCRETE CORP., INC. 860 Kent Circle Bartlett, IL 60103** | | J | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | National Concrete Debt | | | | |
| **OP & CMIA LOCAL 11 363, 161, & 638 28874 RAND RD. UNIT B LAKEMOOR, IL 60051** | X | H | | | X | X | X | |
| | | | | | | | | 808.89 |

Sheet no. __16__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

808.89

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Scott Allan Carter,**
         **Michelle Lee Carter**                                              Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | National Concrete Debt | | | | |
| **ORIGINAL CONCRETE PUMPING, 840 FAIRWAY DR, BENSENVILLE, IL 60106** | X | H | | X | | X | |
| | | | | | | | 0.00 |
| Account No. | | | National Concrete Debt | | | | |
| **OWENS SUPPLY CO, 10025-B CLOW CREEK RD PLAINFIELD, IL 60585-7531** | X | H | | X | | X | |
| | | | | | | | 0.00 |
| Account No. | | | National Concrete Debt | | | | |
| **OZINGA CHICAGO RMC, INC P.O. BOX 16800 CHICAGO, IL 60616** | X | H | | X | | X | |
| | | | | | | | 0.00 |
| Account No. | | | National Concrete Debt | | | | |
| **PDI EXCAVATING, INC. 7928 W. ELM DRIVE NORRIDGE, IL 60706** | X | H | | X | | X | |
| | | | | | | | 0.00 |
| Account No. | | | National Concrete Debt | | | | |
| **PRAIRIE MATERIAL VCNA PRAIRIE, INC. 7601 W 79TH ST. BRIDGEVIEW, IL 60455** | X | H | | X | | X | |
| | | | | | | | 0.00 |

Sheet no. __17__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Scott Allan Carter,**
     **Michelle Lee Carter**
                                                    Case No. _____

                                               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | National Concrete Debt | | | | |
| **R&J CONSTRUCTION SUPPLY** **30W180 BUTTERFIELD RD.** **WARRENVILLE, IL 60555** | X | H | | | X | | X | 30,189.07 |
| Account No. | | | | National Concrete Debt | | | | |
| **REBARS & STEEL CO.,** **PO BOX 22,** **1605 S. ROUTE 31,** **MC HENRY, IL 60050** | X | H | | | X | | X | 0.00 |
| Account No. | | | | National Concrete Debt | | | | |
| **ROCKFORD FABRICATORS, INC** **6448 IRENE ROAD,** **BELVIDERE, IL 61008** | X | H | | | X | | X | 0.00 |
| Account No. | | | | National Concrete Debt | | | | |
| **SHELL FLEET PLUS** **PO BOX 183019** **COLUMBUS, OH 43218-3019** | X | H | | | X | | X | 2,514.98 |
| Account No. 2647 | | | | National Concrete Debt | | | | |
| **SHELL MASTERCARD** **PO BOX 6000** **THE LAKES, NV 89163-6000** | X | H | | | X | | X | 2,785.41 |

Sheet no. __18__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal
                               (Total of this page)     **35,489.46**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Scott Allan Carter,**
         **Michelle Lee Carter**
                                                            Case No. _____
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | National Concrete Debt | | | | |
| **SOLO CONSTRUCTION INC 320 FELICIA CT BLOOMINGDALE, IL 60108** | X | H | | | X | | X | **0.00** |
| Account No. | | | | cell phone service | | | | |
| **Sprint PO Box 6419 Carol Stream, IL 60197** | | J | | | | | | **Unknown** |
| Account No. | | | | National Concrete Debt | | | | |
| **SUNSET LOGISTICS, LLC PO BOX 1113 CRYSTAL LAKE, IL 60039-1113** | X | H | | | X | | X | **1,986.37** |
| Account No. | | | | National Concrete Debt | | | | |
| **SUPER TRUCKING CONST. INC. 4503 US HIGHWAY 12, RICHMOND, IL 60071** | X | H | | | X | | X | **0.00** |
| Account No. | | | | National Concrete Debt | | | | |
| **SUPERMIX 5435 BULL VALLEY ROAD SUITE 130 MCHENRY, IL 60050** | X | H | | | X | | X | **77,170.82** |

Sheet no. _**19**_ of _**22**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **79,157.19**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Scott Allan Carter,**
    **Michelle Lee Carter**
                                Case No. _____

                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br>**SUPERMIX OF WISCONSIN**<br>**1810 120TH AVE.**<br>**KENOSHA, WI 53144** | X | H | | **National Concrete Debt** | X | | X | <br><br>**0.00** |
| Account No. <br><br>**THELEN SAND & GRAVEL, INC.**<br>**PO BOX 730**<br>**SPRING GROVE, IL 60081-0730** | X | H | | **National Concrete Debt** | X | | X | <br><br>**8,593.14** |
| Account No. **6864**<br><br>**TOYS R US CHASE CARD SERVICES**<br>**CARDMEMBER SERVICE**<br>**PO BOX 15153**<br>**WILMINGTON, DE 19886-5153** | X | H | | **National Concrete Debt** | X | | X | <br><br>**3,280.91** |
| Account No. <br><br>**TREDROC TIRE SERVICES**<br>**ANTIOCH TIRE, INC. CBA TIRE, INC**<br>**1150 ATLANTIC DRIVE**<br>**WEST CHICAGO, IL 60185** | X | H | | **National Concrete Debt** | X | | X | <br><br>**0.00** |
| Account No. **xxxx-xxxx-xxxx-8348**<br><br>**Union Plus Credit Card**<br>**P.O. Box 88000**<br>**Baltimore, MD 21288-0001** | | | | **7/10/09**<br>**Purchases on account** | | | | <br><br>**15,808.33** |

Sheet no. __20__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

             Subtotal
        (Total of this page)       **27,682.38**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
                                            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Scott Allan Carter,**
   **Michelle Lee Carter**

Case No. _____

_____ ,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | National Concrete Debt | | | | |
| UNITED CONCRETE WAUKEGAN, INC. 3920 W. HAWTHORNE COURT WAUKEGAN, IL 60087 | X | H | | | X | | X | |
| | | | | | | | | 1,370.37 |
| Account No. | | | | National Concrete Debt | | | | |
| VERIZON WIRELESS PO BOX 25505 LEIGH VALLEY, PA 18002-5505 | X | H | | | X | | X | |
| | | | | | | | | 985.00 |
| Account No. | | | | National Concrete Debt | | | | |
| WELCH BROS, INC 1050 ST CHARLES ST. ELGIN, IL 60120 | X | H | | | X | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | National Concrete Debt | | | | |
| WEST BEND MUTUAL 1900 SOUTH 18TH AVE. WEST BEND, WI 53095 | X | H | | | X | | X | |
| | | | | | | | | 26,016.00 |
| Account No. | | | | National Concrete Debt | | | | |
| WEST BEND MUTUAL 1900 SOUTH 18TH AVE. WEST BEND, WI 53095 | X | H | | | X | | X | |
| | | | | | | | | 29,380.52 |

Sheet no. __21__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | 57,751.89 |
|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Scott Allan Carter,**
    **Michelle Lee Carter**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | National Concrete Debt | | | | |
| **WHITE CAP CONSTRUCTION SUPPLY DEPT 774341 160 HANSEN CT., SUITE 105 WOOD DALE, IL 60191** | X | H | | | X | | X | 681.53 |
| Account No. | | | | National Concrete Debt | | | | |
| **WILLE BROTHERS COMPANY 15800 S. LAMON OAK FOREST, IL 60452** | X | H | | | X | | X | 5,913.36 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __22__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 6,594.89 |
| Total (Report on Summary of Schedules) | | 1,307,039.92 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6G (Official Form 6G) (12/07)

.

In re    **Scott Allan Carter,**                                              Case No. _____
          **Michelle Lee Carter**

                                                    _____,
                                                            Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **GMAC**<br>**Payment Processing Center**<br>**P.O. Box 9001951**<br>**Louisville, KY 40290-1951** | **Car lease** |
| **Nissan Motor Acceptance Corporation**<br>**P.O. Box 9001133**<br>**Louisville, KY 40290-1133** | **Leased vehicle. Lease expires October 22, 2011** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Scott Allan Carter,**                                        Case No. _____
      **Michelle Lee Carter**

                                        ,
                                   Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| National Concrete Corporation, Inc.<br>860 Kent Circle<br>Bartlett, IL 60103 | ADVANTA BANK CORP.CREDIT CARD<br>PO BOX 8088<br>PHILADELPHIA, PA 19101-8088 |
| National Concrete Corporation, Inc.<br>860 Kent Circle<br>Bartlett, IL 60103 | ALLIANCE INDUSTRIAL SERVICES, LLC.<br>570 ROCK ROAD DR.,<br>UNIT N<br>EAST DUNDEE, IL 60118 |
| National Concrete Corporation, Inc.<br>860 Kent Circle<br>Bartlett, IL 60103 | AMERICAN EXPRESS<br>PO BOX 0001<br>LOS ANGELES, CA 90096-8000 |
| National Concrete Corporation, Inc.<br>860 Kent Circle<br>Bartlett, IL 60103 | AMERICAN EXPRESS<br>PO BOX 0001<br>LOS ANGELES, CA 90096-8000 |
| National Concrete Corporation, Inc.<br>860 Kent Circle<br>Bartlett, IL 60103 | AMERICAN EXPRESS<br>PO BOX 0001<br>LOS ANGELES, CA 90096-8000 |
| National Concrete Corporation, Inc.<br>860 Kent Circle<br>Bartlett, IL 60103 | AMERICAN EXPRESS<br>TRUE EARNINGS COSTCO CARD<br>PO BOX 0001<br>LOS ANGELES, CA 90096-8000 |
| National Concrete Corporation, Inc.<br>860 Kent Circle<br>Bartlett, IL 60103 | BANK OF AMERICA CREDIT CARD<br>P.O. BOX 15710<br>WILMINGTON, DE 19886-5710 |
| National Concrete Corporation, Inc.<br>860 Kent Circle<br>Bartlett, IL 60103 | BLUFF CITY MATERIALS<br>2252 SOUTHWIND BLVD<br>BARTLETT, IL 60103 |
| National Concrete Corporation, Inc.<br>860 Kent Circle<br>Bartlett, IL 60103 | CASTLE BANK FIRST BANK VISA<br>PO BOX 2557<br>OMAHA, NE 68103-2557 |
| National Concrete Corporation, Inc.<br>860 Kent Circle<br>Bartlett, IL 60103 | CASTLE BANK FIRST BANK VISA<br>PO BOX 2557<br>OMAHA, NE 68103-2557 |
| National Concrete Corporation, Inc.<br>860 Kent Circle<br>Bartlett, IL 60103 | CEMENT MASONS UNION<br>LOCAL 502<br>1842 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 |

**8**
____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re   **Scott Allan Carter,**                                        Case No. _____
        **Michelle Lee Carter**
_____ ,
                                    Debtors
## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **CENTRAL ILLINOIS CONVEYING, INC.**<br>**PO BOX 652**<br>**MORRIS, IL 60450** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **CHICAGO REGIONAL**<br>**(181 & 250) COUNCIL OF CARPENTERS**<br>**PO BOX 94432**<br>**CHICAGO, IL 60690** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **CHICAGO REGIONAL**<br>**(363 & 181) COUNCIL OF CARPENTERS**<br>**PO BOX 94432**<br>**CHICAGO, IL 60690** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **CHICAGO REGIONAL**<br>**(363) COUNCIL OF CARPENTERS**<br>**PO BOX 94432**<br>**CHICAGO, IL 60690** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **CITI CARDS**<br>**PROCESSING CENTER**<br>**DES MOINES, IA 50363** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **CITI CARDS**<br>**Account ending in 0413**<br>**PO BOX 689197**<br>**DES MOINES, IA** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **CITI CARDS**<br>**PO BOX 689197**<br>**DES MOINES, IA 50368-9197** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **CNA SURETY**<br>**8137**<br>**INNOVATION WAY**<br>**CHICAGO, IL 60682-0081** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **CNH CAPITAL AMERICA, LLC**<br>**PO BOX 7247-0170**<br>**PHILADELPHIA, PA 19170-0170** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **CNH CAPITAL AMERICA, LLC**<br>**PO BOX 7247-0170**<br>**PHILADELPHIA, PA 19170-0170** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **CNH CAPITAL AMERICA, LLC**<br>**PO BOX 7247-0170**<br>**PHILADELPHIA, PA 19170-0170** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **CNH CAPITAL AMERICA, LLC**<br>**PO BOX 7247-0170**<br>**PHILADELPHIA, PA 19170-0170** |

Sheet __1__ of __8__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

In re   **Scott Allan Carter,**                                          Case No. _____
        **Michelle Lee Carter**

_____,
                                    Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **CONCRETE CONTRACTORS ASSOC.**<br>**616 ENTERPRISE DR,**<br>**STE 202**<br>**OAK BROOK, IL 60523** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **CONSTRUCTION & GENERAL LABORERS'**<br>**DIST. COUNCIL OF CHICAGO & VICINITY**<br>**999 MCCLINTOCK DR., ST 300**<br>**BURR RIDGE, IL 60527** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **DINATALE CONSTRUCTION INC.**<br>**1441 BERNARD DR.**<br>**ADDISON, IL 60101** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **DUPAGE COUNTY CEMENT MASONS**<br>**FRINGE BENEFIT FUNDS LOCAL 803** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **EARTH INC**<br>**810 ARLINGTON HEIGHTS RD**<br>**SUITE #1**<br>**ITASCA, IL 60143** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **EMALFARB, SWAN AND BAIN**<br>**440 CENTRAL AVENUE**<br>**HIGHLAND PARK, IL 60035** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **EXCEL WATERPROOFING**<br>**6662 W 99TH ST**<br>**CHICAGO RIDGE, IL 60415** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **FORMING AMERICA LTD**<br>**2N270 PRINCE CROSSING RD**<br>**WEST CHICAGO, IL 60185** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **FOX EXCAVATING, INC.**<br>**1305 S. RIVER STREET**<br>**BATAVIA, IL 60510-9648** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **FOX VALLEY & VICINITY CONSTRUCTION**<br>**WORKERS WELFARE & PENSION FUND**<br>**75 REMITTANCE DR., STE 3163**<br>**CHICAGO, IL 60675-3163** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **GATWOOD CRANE SERVICE, INC**<br>**2345 E. HAMILTON ROAD**<br>**ARLINGTON HEIGTS, IL 60005** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **OP & CMIA LOCAL 11**<br>**363, 161, & 638**<br>**28874 RAND RD. UNIT B**<br>**LAKEMOOR, IL 60051** |

Sheet __**2**__ of __**8**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

In re    **Scott Allan Carter,**                                                          Case No. _____
    **Michelle Lee Carter**

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **GMAC**<br>**PO BOX 9001948**<br>**LOUISVILLE, KY 40290-1948** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **GMAC**<br>**PO BOX 9001948**<br>**LOUISVILLE, KY 40290-1948** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **GMAC**<br>**PO BOX 9001948**<br>**LOUISVILLE, KY 40290-1948** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **GMAC**<br>**PO BOX 9001948**<br>**LOUISVILLE, KY 40290-1948** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **GMAC**<br>**PO BOX 9001948**<br>**LOUISVILLE, KY 40290-1948** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **GMAC**<br>**PO BOX 9001948**<br>**LOUISVILLE, KY 40290-1948** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **GRUNDY REDI-MIX COMPANY**<br>**PO BOX 652**<br>**MORRIS, IL 60450** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **HARRIS  NA**<br>**FIA CARD SERVICES**<br>**PO BOX 15019**<br>**WILMINGTON, DE 19886-5019** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **HIGHWAY TECHNOLOGIES**<br>**880 N. ADDISON RD**<br>**VILLA PARK, IL 60181** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **HOME DEPOT**<br>**CREDIT SERVICES**<br>**PROCESSING CENTER**<br>**DES MOINES, IA 50364-0500** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **HOME DEPOT**<br>**CREDIT SERVICES**<br>**PO BOX 6925**<br>**THE LAKES, NV 88901-6925** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **HOME STATE BANK**<br>**LINE OF CREDIT LOAN**<br>**40 GRANT ST.**<br>**CRYSTAL LAKE, IL 60039-1738** |

Sheet __3__ of __8__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Scott Allan Carter,**                                          Case No. _____
     **Michelle Lee Carter**

_____,
                           Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **HOME STATE BANK FORM LOAN**<br>**40 GRANT ST.**<br>**PO BOX 1738**<br>**CRYSTAL LAKE, IL 60039-1738** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **ILLINOIS CONVEYOR ENTERPRISES**<br>**21 W 171 HILL AVENUE**<br>**GLEN ELLYN, IL 60137** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **Illinois Dept Employment Security**<br>**Chicago Region - Revenue**<br>**527 S. Wells Street, Suite 100**<br>**Chicago, IL 60607** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **INDUSTRIAL STEEL**<br>**SERVICE CENTER, INC**<br>**1700 W CORTLAND COURT**<br>**ADDISON, IL 60101** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **INTERNATIONAL FIDELITY INS. CO.**<br>**1 NEWARK CENTER**<br>**20TH FLOOR**<br>**NEWARK, NJ 07102-5207** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **IRONWORKERS 393**<br>**POST OFFICE**<br>**DRAWER M**<br>**LANSING, IL 60438** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **KAMMES TRUCK REPAIR**<br>**501 W. ARMY TRAIL RD.**<br>**BLOOMINGDALE, IL 60108** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **KENDALL COUNTY CONCRETE, INC.**<br>**695 ROUTE 34**<br>**AURORA, IL 60503** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **KENDALL COUNTY CONVEYOR SERVICE**<br>**695 ROUTE 34**<br>**AURORA, IL 50504** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **KEY EQUIPMENT FINANCE**<br>**600 TRAVIS**<br>**SUITE 1300**<br>**HOUSTON, TX 77002** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **KRW INSURANCE**<br>**338 MEMORIAL DRIVE**<br>**CRYSTAL LAKE, IL 60014** |

Sheet __**4**__ of __**8**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Scott Allan Carter,**
       **Michelle Lee Carter**

Case No. _____

_____,

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **LABORERS' PENSION AND WELFARE**<br>**FUNDS FOR CHICAGO VICINITY**<br>**11465 CERMAK RD.**<br>**WESTCHESTER, IL 60154** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **LAMBERTI CONCRETE COMPANY, INC.**<br>**155 INDUSTRIAL DR.**<br>**GILBERTS, IL 60136** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **LITGEN CONCRETE CUTTING,**<br>**1020 NERGE ROAD,**<br>**ELK GROVE VILLAGE, IL 60007** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **MARRIOTT REWARDS**<br>**CARDMEMBER SERVICE**<br>**PO BOX 15153**<br>**WILMINGTON, DE 19886-5153** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **MARRIOTT REWARDS LSI**<br>**PO BOX 15153**<br>**WILMINGTON, DE 19886-5153** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **MCA**<br>**20284 N. RAND ROAD**<br>**PALATINE, IL 60074** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **MATERIAL SERVICE CORP,**<br>**A HANSON CO,**<br>**181 W. MADISON ST**<br>**CHICAGO, IL 60602-4693** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **McCANN INDUSTRIES, INC.**<br>**38951 EAGLE WAY**<br>**CHICAGO, IL 60678-1389** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **MEYER MATERIAL**<br>**PO BOX 511**<br>**MC HENRY, IL 60051-0511** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **MICHELE RENDINA**<br>**1851 SUNCAST LANE**<br>**BATAVIA, IL 60510** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **MIDWEST DIVISION**<br>**VULCAN MATERIALS COMPANY**<br>**747 E 22ND ST STE 200**<br>**LOMBARD, IL 60148** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **NAPERVILLE READY MIX**<br>**1805 HIGH GROVE LANE**<br>**NAPERVILLE, IL 60540-3931** |

Sheet   **5**   of   **8**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Scott Allan Carter,**                                          Case No. _____
     **Michelle Lee Carter**

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **ORIGINAL CONCRETE PUMPING,**<br>**840 FAIRWAY DR,**<br>**BENSENVILLE, IL 60106** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **OWENS SUPPLY CO,**<br>**10025-B CLOW CREEK RD**<br>**PLAINFIELD, IL 60585-7531** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **OZINGA CHICAGO RMC, INC**<br>**P.O. BOX 16800**<br>**CHICAGO, IL 60616** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **PDI EXCAVATING, INC.**<br>**7928 W. ELM DRIVE**<br>**NORRIDGE, IL 60706** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **PRAIRIE MATERIAL**<br>**VCNA PRAIRIE, INC.**<br>**7601 W 79TH ST.**<br>**BRIDGEVIEW, IL 60455** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **R&J CONSTRUCTION SUPPLY**<br>**30W180 BUTTERFIELD RD.**<br>**WARRENVILLE, IL 60555** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **REBARS & STEEL CO.,**<br>**PO BOX 22,**<br>**1605 S. ROUTE 31,**<br>**MC HENRY, IL 60050** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **ROCKFORD FABRICATORS, INC**<br>**6448 IRENE ROAD,**<br>**BELVIDERE, IL 61008** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **SHELL FLEET PLUS**<br>**PO BOX 183019**<br>**COLUMBUS, OH 43218-3019** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **SHELL MASTERCARD**<br>**PO BOX 6000**<br>**THE LAKES, NV 89163-6000** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **SOLO CONSTRUCTION INC**<br>**320 FELICIA CT**<br>**BLOOMINGDALE, IL 60108** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **SUNSET LOGISTICS, LLC**<br>**PO BOX 1113**<br>**CRYSTAL LAKE, IL 60039-1113** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **SUPER TRUCKING CONST. INC.**<br>**4503 US HIGHWAY 12,**<br>**RICHMOND, IL 60071** |

Sheet __6__ of __8__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          

In re    **Scott Allan Carter,**                                                    Case No. _____

     **Michelle Lee Carter**

_____,

Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **SUPERMIX**<br>**5435 BULL VALLEY ROAD**<br>**SUITE 130**<br>**MCHENRY, IL 60050** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **SUPERMIX OF WISCONSIN**<br>**1810 120TH AVE.**<br>**KENOSHA, WI 53144** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **THELEN SAND & GRAVEL, INC.**<br>**PO BOX 730**<br>**SPRING GROVE, IL 60081-0730** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **TOYS R US CHASE CARD SERVICES**<br>**CARDMEMBER SERVICE**<br>**PO BOX 15153**<br>**WILMINGTON, DE 19886-5153** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **TREDROC TIRE SERVICES**<br>**ANTIOCH TIRE, INC. CBA TIRE, INC**<br>**1150 ATLANTIC DRIVE**<br>**WEST CHICAGO, IL 60185** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **UNITED CONCRETE WAUKEGAN, INC.**<br>**3920 W. HAWTHORNE COURT**<br>**WAUKEGAN, IL 60087** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **VERIZON WIRELESS**<br>**PO BOX 25505**<br>**LEIGH VALLEY, PA 18002-5505** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **WELCH BROS, INC**<br>**1050 ST CHARLES ST.**<br>**ELGIN, IL 60120** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **WEST BEND MUTUAL**<br>**1900 SOUTH 18TH AVE.**<br>**WEST BEND, WI 53095** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **WEST BEND MUTUAL**<br>**1900 SOUTH 18TH AVE.**<br>**WEST BEND, WI 53095** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **WHITE CAP CONSTRUCTION SUPPLY**<br>**DEPT 774341**<br>**160 HANSEN CT., SUITE 105**<br>**WOOD DALE, IL 60191** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **WILLE BROTHERS COMPANY**<br>**15800 S. LAMON**<br>**OAK FOREST, IL 60452** |

Sheet  **7**  of  **8**  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

In re    **Scott Allan Carter,**                                                    Case No. _____
         **Michelle Lee Carter**

_____ ,
                                    Debtors

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **BOUGHTON TRUCKING & MATERIALS, INC**<br>**11746 S NAPERVILLE-PLAINFIELD RD**<br>**PLAINFIELD, IL 60585** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **BRACING SYSTEMS NORTH**<br>**PO BOX 517**<br>**BLOOMINGDALE, IL 60108** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **CAPITOL ONE BANK**<br>**PO BOX 6492**<br>**CAROL STREAM, IL 60197-6492** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **CARDUNAL OFFICE SUPPLY**<br>**PO BOX 1887**<br>**CRYSTAL LAKE, IL 60039** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **CARPENTER'S PENSION**<br>**& RETIREMENT SVGS FD**<br>**PO BOX 4001**<br>**GENEVA, IL 60134-4001** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **CARROLL DISTRIBUTING**<br>**& CONSTRUCITON SUPPLY, INC**<br>**1031 W. LAKE ST**<br>**AURORA, IL 60506** |
| **National Concrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **CASSIDY CONVEYOR, INC**<br>**PO BOX 1166**<br>**HUNTLEY, IL 60142** |
| **National Conrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | |
| **National Conrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **B&D IRONWORKS**<br>**24448 SAINT ANNES CT.**<br>**NAPERVILLE, IL 60564** |
| **National Conrete Corporation, Inc.**<br>**860 Kent Circle**<br>**Bartlett, IL 60103** | **ADMIRAL STEEL LLC**<br>**4152 W 123RD ST**<br>**ALSIP, IL 60803** |

Sheet __8__ of __8__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  **Scott Allan Carter**
      **Michelle Lee Carter**                                    Case No. _____
                                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):  **Daughter**  **Son**  **Daughter** | AGE(S):  **12**  **18**  **9** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **unemployed** | **unemployed** |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **0.00** | $ **0.00** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **0.00** | $ **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ **0.00** | $ **0.00** |
| b. Insurance | $ **0.00** | $ **0.00** |
| c. Union dues | $ **0.00** | $ **0.00** |
| d. Other (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **0.00** | $ **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **0.00** | $ **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance (Specify): **unemployment compensation** | $ **1,722.00** | $ **2,024.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **1,722.00** | $ **2,024.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **1,722.00** | $ **2,024.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **3,746.00** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
      **Both Debtors areseeking new jobs.**

B6J (Official Form 6J) (12/07)

In re    **Scott Allan Carter**
      **Michelle Lee Carter**                 Case No.    _____
                             Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,500.61 |
|    a. Are real estate taxes included?       Yes ____      No **X** | | |
|    b. Is property insurance included?       Yes ____      No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 300.00 |
|            b. Water and sewer | $ | 35.00 |
|            c. Telephone | $ | 120.00 |
|            d. Other   **Cable** | $ | 120.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 50.00 |
| 4. Food | $ | 800.00 |
| 5. Clothing | $ | 150.00 |
| 6. Laundry and dry cleaning | $ | 40.00 |
| 7. Medical and dental expenses | $ | 384.00 |
| 8. Transportation (not including car payments) | $ | 220.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|            a. Homeowner's or renter's | $ | 84.45 |
|            b. Life | $ | 85.76 |
|            c. Health | $ | 0.00 |
|            d. Auto | $ | 199.00 |
|            e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|       (Specify)   **Real Estate** | $ | 382.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|            a. Auto | $ | 160.00 |
|            b. Other | $ | 0.00 |
|            c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **School Tuition/Fees** | $ | 283.33 |
|      Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4,914.15 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 3,746.00 |
| b.   Average monthly expenses from Line 18 above | $ | 4,914.15 |
| c.   Monthly net income (a. minus b.) | $ | -1,168.15 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Scott Allan Carter**
**Michelle Lee Carter**

Debtor(s)

Case No.
Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __46__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **August 21, 2009**

Signature    **/s/ Scott Allan Carter**
**Scott Allan Carter**
Debtor

Date    **August 21, 2009**

Signature    **/s/ Michelle Lee Carter**
**Michelle Lee Carter**
Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Scott Allan Carter**
      **Michelle Lee Carter** _____    Case No. _____

                                     Debtor(s)        Chapter    **7** _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$80,424.00** | **2009 YTD: Both National Concrete** |
| **$147,000.00** | **2008: Both National Concrete** |
| **$131,000.00** | **2007: Both National Concrete** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Bank of America - Mortgage**<br>**P.O. Box 533512**<br>**Atlanta, GA 30353-3512** | **monthly payments of 1500 on first and second mortgages** | **$4,500.00** | **$226,000.00** |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Springer, Brown, Covey, Gaertner & Davis**<br>**400 S. County Farm Road**<br>**Suite 330**<br>**Wheaton, IL 60187** | **6/15/09** | **2500 attorney fees**<br>**299 filing fee** |

4

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Consumer Credit Counseling Service of McHenry County, Inc.** | **7/29/09** | **50** |

### 10. Other transfers

None
■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
☐   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **Castle Bank** | **Scott and Michelle Carter** | **birth certificates, marriage license** | |

### 13. Setoffs

None
■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

5

**14.  Property held for another person**

None
■        List all property owned by another person that the debtor holds or controls.

|  | DESCRIPTION AND VALUE OF | |
| NAME AND ADDRESS OF OWNER | PROPERTY | LOCATION OF PROPERTY |

**15.  Prior address of debtor**

None
■        If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
          occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
          address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |

**16.  Spouses and Former Spouses**

None
■        If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho,
          Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
          commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
          the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous
or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to,
statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly
owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material,
pollutant, or contaminant or similar term under an Environmental Law

None
■        a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
          or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
          the Environmental Law:

|  | NAME AND ADDRESS OF | DATE OF | ENVIRONMENTAL |
| SITE NAME AND ADDRESS | GOVERNMENTAL UNIT | NOTICE | LAW |

None
■        b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
          Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

|  | NAME AND ADDRESS OF | DATE OF | ENVIRONMENTAL |
| SITE NAME AND ADDRESS | GOVERNMENTAL UNIT | NOTICE | LAW |

None
■        c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
          the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
          docket number.

| NAME AND ADDRESS OF | | |
| GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |

6

**18 . Nature, location and name of business**

None
■
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|

None
■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None
■
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|

None
■
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

7

**20. Inventories**

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
|---|---|---|
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
|---|---|
| DATE OF INVENTORY | RECORDS |

**21 . Current Partners, Officers, Directors and Shareholders**

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
|---|---|---|
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

8

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  __**August 21, 2009**_____         Signature   __**/s/ Scott Allan Carter**_____
                                                                              **Scott Allan Carter**
                                                                              Debtor


Date  __**August 21, 2009**_____         Signature   __**/s/ Michelle Lee Carter**_____
                                                                              **Michelle Lee Carter**
                                                                              Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Scott Allan Carter**
**Michelle Lee Carter**
_____     Case No. _____
                                             Debtor(s)     Chapter   **7**   _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by
property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Amcore Bank** | **Describe Property Securing Debt:**<br>**2006 Chevy Cobalt** |

Property will be (check one):
   ☐ Surrendered         ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt         ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Bank of America - Mortgage** | **Describe Property Securing Debt:**<br>**697 Anderson Drive, Lake in the Hills, IL 60156-5220** |

Property will be (check one):
   ☐ Surrendered         ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt         ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                        Page 2

---

**Property No. 3**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **Bank of America - Mortgage** | **697 Anderson Drive, Lake in the Hills, IL 60156-5220** |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt          ☐ Not claimed as exempt

---

**Property No. 4**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **GMAC** | **2007 Pontiac G6 GT CONV Sedan** |

Property will be (check one):
- ■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt          ■ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                                    Page 3

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Nissan Motor Acceptance Corporation** | **Describe Property Securing Debt:**<br>**2009 Nissan Murano SL AW** |

Property will be (check one):
   ■ Surrendered       □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt       ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>□ YES      □ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **August 21, 2009**          Signature    **/s/ Scott Allan Carter**
                                                    **Scott Allan Carter**
                                                    Debtor

Date  **August 21, 2009**          Signature    **/s/ Michelle Lee Carter**
                                                    **Michelle Lee Carter**
                                                    Joint Debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Scott Allan Carter**
       **Michelle Lee Carter** _____    Case No. _____

                                          Debtor(s)       Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

      For legal services, I have agreed to accept .................................................................  $ _____ **0.00**

      Prior to the filing of this statement I have received ..................................................  $ _____ **0.00**

      Balance Due...............................................................................................................  $ _____ **0.00**

2.   $  **0.00**  of the filing fee has been paid.

3.   The source of the compensation paid to me was:

      ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

      ■ Debtor      ☐ Other (specify):

5.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **August 21, 2009** _____     **/s/ David R. Brown** _____
                                                      **David R. Brown 3122323**
                                                     **Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
                                                       **400 S. County Farm Road**
                                                       **Suite 330**
                                                       **Wheaton, IL 60187**
                                                      **630-510-0000  Fax: 630-510-0004**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| David R. Brown 3122323 | X **/s/ David R. Brown** | **August 21, 2009** |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**400 S. County Farm Road
Suite 330
Wheaton, IL 60187
630-510-0000**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| **Scott Allan Carter
Michelle Lee Carter** | X **/s/ Scott Allan Carter** | **August 21, 2009** |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) | X **/s/ Michelle Lee Carter** | **August 21, 2009** |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Scott Allan Carter**
     **Michelle Lee Carter**                      Case No. _____

                               Debtor(s)          Chapter    **7** _____


## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:      _____ **223**


The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.



Date:    **August 21, 2009** _____          **/s/ Scott Allan Carter** _____
                                             **Scott Allan Carter**
                                             Signature of Debtor

Date:    **August 21, 2009** _____          **/s/ Michelle Lee Carter** _____
                                             **Michelle Lee Carter**
                                             Signature of Debtor

ADMIRAL STEEL LLC
4152 W 123RD ST
ALSIP, IL 60803


ADVANTA BANK CORP.CREDIT CARD
PO BOX 8088
PHILADELPHIA, PA 19101-8088


ALLIANCE INDUSTRIAL SERVICES, LLC.
570 ROCK ROAD DR.,
UNIT N
EAST DUNDEE, IL 60118


Amcore Bank
P.O. Box 358
Beloit, WI 53512-0358


AMERICAN EXPRESS
PO BOX 0001
LOS ANGELES, CA 90096-8000


AMERICAN EXPRESS
PO BOX 0001
LOS ANGELES, CA 90096-8000


AMERICAN EXPRESS
PO BOX 0001
LOS ANGELES, CA 90096-8000


AMERICAN EXPRESS
TRUE EARNINGS COSTCO CARD
PO BOX 0001
LOS ANGELES, CA 90096-8000


B&D IRONWORKS
24448 SAINT ANNES CT.
NAPERVILLE, IL 60564


Bank of America
P.O. Box 15019
Wilmington, DE 19886-5019


Bank of America - Mortgage
P.O. Box 533512
Atlanta, GA 30353-3512

Bank of America - Mortgage
P.O. Box 533512
Atlanta, GA 30353-3512


BANK OF AMERICA CREDIT CARD
P.O. BOX 15710
WILMINGTON, DE 19886-5710


BLUFF CITY MATERIALS
2252 SOUTHWIND BLVD
BARTLETT, IL 60103


BOUGHTON TRUCKING & MATERIALS, INC
11746 S NAPERVILLE-PLAINFIELD RD
PLAINFIELD, IL 60585


BRACING SYSTEMS NORTH
PO BOX 517
BLOOMINGDALE, IL 60108


CAPITOL ONE BANK
PO BOX 6492
CAROL STREAM, IL 60197-6492


CARDUNAL OFFICE SUPPLY
PO BOX 1887
CRYSTAL LAKE, IL 60039


CARPENTER'S PENSION
& RETIREMENT SVGS FD
PO BOX 4001
GENEVA, IL 60134-4001


CARROLL DISTRIBUTING
& CONSTRUCITON SUPPLY, INC
1031 W. LAKE ST
AURORA, IL 60506


CASSIDY CONVEYOR, INC
PO BOX 1166
HUNTLEY, IL 60142


CASTLE BANK FIRST BANK VISA
PO BOX 2557
OMAHA, NE 68103-2557

CASTLE BANK FIRST BANK VISA
PO BOX 2557
OMAHA, NE 68103-2557


CEMENT MASONS UNION
LOCAL 502
1842 PAYSPHERE CIRCLE
CHICAGO, IL 60674


CENTRAL ILLINOIS CONVEYING, INC.
PO BOX 652
MORRIS, IL 60450


Chase - Best Buy
Cardmember Service
P.O. Box 15325
Wilmington, DE 19886-5325


Chase - Disney Rewards
Cardmember Service
P.O. Box 15153
Wilmington, DE 19886-5153


CHICAGO REGIONAL
(181 & 250) COUNCIL OF CARPENTERS
PO BOX 94432
CHICAGO, IL 60690


CHICAGO REGIONAL
(363 & 181) COUNCIL OF CARPENTERS
PO BOX 94432
CHICAGO, IL 60690


CHICAGO REGIONAL
(363) COUNCIL OF CARPENTERS
PO BOX 94432
CHICAGO, IL 60690


CITI Cards
Processing Center
Des Moines, IA 50363


CITI CARDS
PROCESSING CENTER
DES MOINES, IA 50363

CITI CARDS
Account ending in 0413
PO BOX 689197
DES MOINES, IA


CITI CARDS
PO BOX 689197
DES MOINES, IA 50368-9197


CNA SURETY
8137
INNOVATION WAY
CHICAGO, IL 60682-0081


CNH CAPITAL AMERICA, LLC
PO BOX 7247-0170
PHILADELPHIA, PA 19170-0170


CNH CAPITAL AMERICA, LLC
PO BOX 7247-0170
PHILADELPHIA, PA 19170-0170


CNH CAPITAL AMERICA, LLC
PO BOX 7247-0170
PHILADELPHIA, PA 19170-0170


CNH CAPITAL AMERICA, LLC
PO BOX 7247-0170
PHILADELPHIA, PA 19170-0170


CONCRETE CONTRACTORS ASSOC.
616 ENTERPRISE DR,
STE 202
OAK BROOK, IL 60523


CONSTRUCTION & GENERAL LABORERS'
DIST. COUNCIL OF CHICAGO & VICINITY
999 MCCLINTOCK DR., ST 300
BURR RIDGE, IL 60527


DINATALE CONSTRUCTION INC.
1441 BERNARD DR.
ADDISON, IL 60101

DUPAGE COUNTY CEMENT MASONS
FRINGE BENEFIT FUNDS LOCAL 803


EARTH INC
810 ARLINGTON HEIGHTS RD
SUITE #1
ITASCA, IL 60143


EMALFARB, SWAN AND BAIN
440 CENTRAL AVENUE
HIGHLAND PARK, IL 60035


EXCEL WATERPROOFING
6662 W 99TH ST
CHICAGO RIDGE, IL 60415


FORMING AMERICA LTD
2N270 PRINCE CROSSING RD
WEST CHICAGO, IL 60185


FOX EXCAVATING, INC.
1305 S. RIVER STREET
BATAVIA, IL 60510-9648


FOX VALLEY & VICINITY CONSTRUCTION
WORKERS WELFARE & PENSION FUND
75 REMITTANCE DR., STE 3163
CHICAGO, IL 60675-3163


GATWOOD CRANE SERVICE, INC
2345 E. HAMILTON ROAD
ARLINGTON HEIGTS, IL 60005


GMAC
Payment Processing Center
P.O. Box 9001951
Louisville, KY 40290-1951


GMAC
PO BOX 9001948
LOUISVILLE, KY 40290-1948


GMAC
PO BOX 9001948
LOUISVILLE, KY 40290-1948

GMAC
PO BOX 9001948
LOUISVILLE, KY 40290-1948


GMAC
PO BOX 9001948
LOUISVILLE, KY 40290-1948


GMAC
PO BOX 9001948
LOUISVILLE, KY 40290-1948


GMAC
PO BOX 9001948
LOUISVILLE, KY 40290-1948


GMAC
Payment Processing Center
P.O. Box 9001951
Louisville, KY 40290-1951


GRUNDY REDI-MIX COMPANY
PO BOX 652
MORRIS, IL 60450


HARRIS  NA
FIA CARD SERVICES
PO BOX 15019
WILMINGTON, DE 19886-5019


HIGHWAY TECHNOLOGIES
880 N. ADDISON RD
VILLA PARK, IL 60181


HOME DEPOT
CREDIT SERVICES
PROCESSING CENTER
DES MOINES, IA 50364-0500


HOME DEPOT
CREDIT SERVICES
PO BOX 6925
THE LAKES, NV 88901-6925

```
HOME STATE BANK
LINE OF CREDIT LOAN
40 GRANT ST.
CRYSTAL LAKE, IL 60039-1738


HOME STATE BANK FORM LOAN
40 GRANT ST.
PO BOX 1738
CRYSTAL LAKE, IL 60039-1738


ILLINOIS CONVEYOR ENTERPRISES
21 W 171 HILL AVENUE
GLEN ELLYN, IL 60137


Illinois Dept Employment Security
Chicago Region - Revenue
527 S. Wells Street, Suite 100
Chicago, IL 60607


INDUSTRIAL STEEL
SERVICE CENTER, INC
1700 W CORTLAND COURT
ADDISON, IL 60101


INTERNATIONAL FIDELITY INS. CO.
1 NEWARK CENTER
20TH FLOOR
NEWARK, NJ 07102-5207


IRONWORKERS 393
POST OFFICE
DRAWER M
LANSING, IL 60438


KAMMES TRUCK REPAIR
501 W. ARMY TRAIL RD.
BLOOMINGDALE, IL 60108


KENDALL COUNTY CONCRETE, INC.
695 ROUTE 34
AURORA, IL 60503


KENDALL COUNTY CONVEYOR SERVICE
695 ROUTE 34
AURORA, IL 50504
```

KEY EQUIPMENT FINANCE
600 TRAVIS
SUITE 1300
HOUSTON, TX 77002


KRW INSURANCE
338 MEMORIAL DRIVE
CRYSTAL LAKE, IL 60014


LABORERS' PENSION AND WELFARE
FUNDS FOR CHICAGO VICINITY
11465 CERMAK RD.
WESTCHESTER, IL 60154


LAMBERTI CONCRETE COMPANY, INC.
155 INDUSTRIAL DR.
GILBERTS, IL 60136


LITGEN CONCRETE CUTTING,
1020 NERGE ROAD,
ELK GROVE VILLAGE, IL 60007


MARRIOTT REWARDS
CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON, DE 19886-5153


MARRIOTT REWARDS LSI
PO BOX 15153
WILMINGTON, DE 19886-5153


MATERIAL SERVICE CORP,
A HANSON CO,
181 W. MADISON ST
CHICAGO, IL 60602-4693


MCA
20284 N. RAND ROAD
PALATINE, IL 60074


McCANN INDUSTRIES, INC.
38951 EAGLE WAY
CHICAGO, IL 60678-1389

MEYER MATERIAL
PO BOX 511
MC HENRY, IL 60051-0511


MICHELE RENDINA
1851 SUNCAST LANE
BATAVIA, IL 60510


MIDWEST DIVISION
VULCAN MATERIALS COMPANY
747 E 22ND ST STE 200
LOMBARD, IL 60148


NAPERVILLE READY MIX
1805 HIGH GROVE LANE
NAPERVILLE, IL 60540-3931


NATIONAL CONCRETE CORP., INC.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103

National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103

National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103

```
National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103
```

National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103

National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103

National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103

National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103

National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103

National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Concrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Conrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Conrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103


National Conrete Corporation, Inc.
860 Kent Circle
Bartlett, IL 60103

Nissan Motor Acceptance Corporation
P.O. Box 9001133
Louisville, KY 40290-1133


Nissan Motor Acceptance Corporation
P.O. Box 9001133
Louisville, KY 40290-1133


OP & CMIA LOCAL 11
363, 161, & 638
28874 RAND RD. UNIT B
LAKEMOOR, IL 60051


ORIGINAL CONCRETE PUMPING,
840 FAIRWAY DR,
BENSENVILLE, IL 60106


OWENS SUPPLY CO,
10025-B CLOW CREEK RD
PLAINFIELD, IL 60585-7531


OZINGA CHICAGO RMC, INC
P.O. BOX 16800
CHICAGO, IL 60616


PDI EXCAVATING, INC.
7928 W. ELM DRIVE
NORRIDGE, IL 60706


PRAIRIE MATERIAL
VCNA PRAIRIE, INC.
7601 W 79TH ST.
BRIDGEVIEW, IL 60455


R&J CONSTRUCTION SUPPLY
30W180 BUTTERFIELD RD.
WARRENVILLE, IL 60555


REBARS & STEEL CO.,
PO BOX 22,
1605 S. ROUTE 31,
MC HENRY, IL 60050

ROCKFORD FABRICATORS, INC
6448 IRENE ROAD,
BELVIDERE, IL 61008


SHELL FLEET PLUS
PO BOX 183019
COLUMBUS, OH 43218-3019


SHELL MASTERCARD
PO BOX 6000
THE LAKES, NV 89163-6000


SOLO CONSTRUCTION INC
320 FELICIA CT
BLOOMINGDALE, IL 60108


Sprint
PO Box 6419
Carol Stream, IL 60197


SUNSET LOGISTICS, LLC
PO BOX 1113
CRYSTAL LAKE, IL 60039-1113


SUPER TRUCKING CONST. INC.
4503 US HIGHWAY 12,
RICHMOND, IL 60071


SUPERMIX
5435 BULL VALLEY ROAD
SUITE 130
MCHENRY, IL 60050


SUPERMIX OF WISCONSIN
1810 120TH AVE.
KENOSHA, WI 53144


THELEN SAND & GRAVEL, INC.
PO BOX 730
SPRING GROVE, IL 60081-0730


TOYS R US CHASE CARD SERVICES
CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON, DE 19886-5153

TREDROC TIRE SERVICES
ANTIOCH TIRE, INC. CBA TIRE, INC
1150 ATLANTIC DRIVE
WEST CHICAGO, IL 60185


Union Plus Credit Card
P.O. Box 88000
Baltimore, MD 21288-0001


UNITED CONCRETE WAUKEGAN, INC.
3920 W. HAWTHORNE COURT
WAUKEGAN, IL 60087


VERIZON WIRELESS
PO BOX 25505
LEIGH VALLEY, PA 18002-5505


WELCH BROS, INC
1050 ST CHARLES ST.
ELGIN, IL 60120


WEST BEND MUTUAL
1900 SOUTH 18TH AVE.
WEST BEND, WI 53095


WEST BEND MUTUAL
1900 SOUTH 18TH AVE.
WEST BEND, WI 53095


WHITE CAP CONSTRUCTION SUPPLY
DEPT 774341
160 HANSEN CT., SUITE 105
WOOD DALE, IL 60191


WILLE BROTHERS COMPANY
15800 S. LAMON
OAK FOREST, IL 60452